AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Eastern District of Kentucky
FILED
MAR 13 2023
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

US MELON LLC
*Plaintiff*
v.
LIGHTHOUSE TRANSPORTATION SERVICES,
*Defendant*

Civil Action No. 20-CV-61925-RS

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 2/7/2023 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 3/10/23

*CLERK OF COURT*

[signature]

*Signature of Clerk or Deputy Clerk*